No. 00–1588.  OMAN v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 00–1597.  ECOBAN FINANCE LTD. v. GRUPO ACERERO DEL NORTE, S. A. DE C. V., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–1598.  COVEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–1605.  LEWIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–1656.  SHALTRY, BANKRUPTCY TRUSTEE, ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–1666.  GINTHER v. GINTHER TRUSTS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–1669.  FLEETWOOD HOMES OF FLORIDA ET AL. v. MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 11th Cir.  Certiorari denied.

No. 00–1674.  DOW AGROSCIENCES LLC ET AL. v. SLEATH ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 00–1680.  PACIFIC BELL TELEPHONE CO. ET AL. v. WAYNE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–1682.  TRIGALET ET AL., PERSONAL REPRESENTATIVES OF THE ESTATE OF TRIGALET, ET AL. v. CITY OF TULSA.  C. A. 10th Cir.  Certiorari denied.

No. 00–1683.  CHURCH OF SCIENTOLOGY INTERNATIONAL v. TIME WARNER, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–1685.  OKLAHOMA EX REL. TAL ET AL. v. CITY OF OKLAHOMA CITY ET AL.  Sup. Ct. Okla.  Certiorari denied.